**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE SARKISOV, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>  v.<br><br>STONEMOR PARTNERS, L.P., *et al.*,<br><br>    Defendants.<br>                                                                      / | No. C 13-04834 WHA<br><br>**ORDER RE<br>INITIAL DISCLOSURE** |

At the April 3 hearing, the undersigned judge ordered both parties to exchange the names, business addresses, and telephone numbers of each individual likely to have discoverable information, in accordance with FRCP 26, **BY APRIL 4 AT 5 P.M.**

**IT IS SO ORDERED.**

Dated: April 3, 2014.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE